Print Form

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

AF Holdings Inc.

                         **Plaintiff,**

            v.

John Doe

                        **Defendant.**

Civil No. 12cv01525-LAB-RBB

**NOTICE OF NON-COMPLIANCE WITH LOCAL RULE 5.1(a) LEGIBILITY OF DOCUMENTS**

**Document Submitted:** Notice of Voluntary Dismissal

**Filed by Attorney:** Paul Duffy

The document(s) listed above were submitted with a type smaller than 14-point standard font and therefore do not comply with Local Rule 5.1(a):

L.R. 5.1(a) - Each document filed, including exhibits where practicable, must be in English, plainly written, or typed in double space on one side of the document, line numbered in the left margin, and letter size. Documents filed in paper format must be flat and unfolded, without backing sheet, double spaced on one side of the paper or printed or prepared by means of a duplicating process on opaque, unglazed white paper. Quotations in excess of three lines must be indented and single spaced. Typewritten text must be no less than 10-point type in the Courier font or equivalent, spaced 10 characters per horizontal inch. Printed text, produced on a word processor or other computer, may be proportionally spaced, provided the type is no smaller than 14-point standard font (e.g. Times New Roman). The text of footnotes and quotations must also conform to these font requirements.

Please take notice, further documents submitted that do not comply with this rule may be submitted to the Court on a discrepancy order.

**Date:** 2/12/13

W. Samuel Hamrick, Jr., Clerk of Court

By: s/ K. Johnson

K. Johnson, Deputy